**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| JEFFERY L. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-00201 SNLJ |
| ) | |
| JOSEPH T. HERNANDEZ, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

Before the Court is plaintiff's motion for reconsideration of the Memorandum and Order and Order of Partial Dismissal entered on June 18, 2024.[1] [ECF No. 12]. After reviewing the grounds raised by plaintiff, the Court will decline to alter or amend the judgment of this Court. The Court concludes that plaintiff's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Plaintiff is therefore not entitled to reconsideration of the partial dismissal of his complaint, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration of the dismissal of his complaint [ECF No. 12] is **DENIED**.

---

[1] In the motion, plaintiff seeks to leave to refile his case. The Court interprets plaintiff's motion as one for reconsideration of the Court's Order.

**IT IS FURTHER ORDERED** that an appeal of this Order would not be taken in good faith.

Dated this ___ day of July, 2024.

> STEPHEN N. LIMBAUGH, JR.
> SENIOR UNITED STATES DISTRICT JUDGE