UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY L. ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-CV-00201 SNLJ |
| JOSEPH T. HERNANDEZ, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is defendant Wes Drury's motion for extension of time to file his answer or other responsive pleading to plaintiff's complaint. Defendant Drury seeks an additional fourteen (14) days from the date of this Memorandum and Order to prepare his response. As good cause has been shown, the Court will grant defendant Drury's request.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Drury's request for an additional fourteen (14) days from the date of this Memorandum and Order to file his answer or other responsive pleading to plaintiff's complaint [ECF No. 20] is **GRANTED.**

**IT IS FURTHER ORDERED** that defendant's answer or other responsive pleading shall be due to the Court no later than **Monday, August 19, 2024.**

Dated this 5th day of August, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE