**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY L. ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-CV-00201 SNLJ |
| | ) | |
| JOSEPH T. HERNANDEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. On July 3, 2024, service was returned unexecuted for defendant Amy Johnson because she is no longer employed by the Scott County Sheriff's Office. As a result, the Court will order defense counsel for Wes Drury, the Sheriff of Scott County, to submit the last known home address for Amy Johnson under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel for Wes Drury, the Sheriff of Scott County, is directed to submit the last known home address for defendant Amy Johnson, to the Court, under seal and *ex parte*, no later than twenty-one (21) days from the date of this Order.

Dated this _13th_ day of August, 2024.


_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE