UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DISTRICT

| | |
|---|---|
| JEFFERY L. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  1:23-CV-00201 SNLJ |
| ) | |
| JOSEPH T. HERNANDEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon defendant Wes Drury's August 15, 2024, response to the Court Order seeking the last known home address of defendant Amy Johnson. *See* ECF No. 24.

Summons was issued to defendant Amy Johnson at the Scott County Sheriff's Office on June 18, 2024. [ECF No. 11]. The summons was returned unexecuted for defendant Johnson on July 3, 2024, indicating Johnson was no longer employed by the Scott County Sheriff's Office. [ECF No. 14]. On August 13, 2024, the Court directed defendant Wes Drury, Sheriff of Scott County, to provide the last known home address for defendant Amy Johnson, under seal and *ex parte*, so that the Court could effectuate service through the United States Marshal's Service. [ECF. No. 24]. Defendant Drury did so on August 15, 2024. [ECF No. 25].

As plaintiff Jeffery Anderson is proceeding in forma pauperis, the Court will Order the Marshals Service to effectuate service of process, through summons, on the address provided, on defendant Amy Johnson.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via the United States Marshal's Service upon defendant Amy Johnson at the address provided in Docket Number 25.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be **filed under seal and *ex parte***.

Dated this 19th day of August, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE