UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DISTRICT

| | |
|---|---|
| JEFFERY L. ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:23-CV-00201 SNLJ |
| JOSEPH T. HERNANDEZ, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon return of summons from the United States Marshal's Service relative to defendant Amy Johnson *See* ECF No.29. Service could not be effectuated on defendant Johnson at the address provided for Johnson by counsel for defendant Wes Drury. As such, plaintiff will be required to provide a new address at which to serve defendant Johnson. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (it is plaintiff's responsibility to provide the information necessary for service on the defendants); *see also Beyer v. Pulaski Cnty. Jail*, 589 Fed. Appx. 798, 799 (8th Cir. 2014) (stating that "a plaintiff bears the burden of providing proper service information").

Plaintiff's failure to provide a new address to serve defendant Johnson, within twenty-one (21) days of the date of this Order, will result in a dismissal of Amy Johnson from this action pursuant to Federal Rule of Civil Procedure 4(m).[1]

---

[1] Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But

Accordingly,

**IT IS HEREBY ORDERED** that, no later than twenty-one (21) days from the date of this Order, plaintiff shall provide the Court with an address at which defendant Amy Johnson can be served.

**IT IS FURTHER ORDERED** that plaintiff's failure to timely provide a new address at which to serve defendant Amy Johnson will result in a dismissal of the claims against Johnson, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 3rd day of September, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

---

if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.