UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY L. ANDERSON, | ) |
| Plaintiff, | ) |
| | ) No. 1:23-CV-00201 SNLJ |
| JOSEPH T. HERNANDEZ, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon review of plaintiff's motion for extension of time to provide a new address at which defendant Amy Johnson may be served with process. Plaintiff was previously ordered to provide information for service on Johnson no later than September 24, 2024. *See* ECF No. 30. However, plaintiff indicates that he would like an additional thirty (30) days to provide service information for defendant Johnson. The Court will grant his request. Plaintiff's failure to provide service information for Amy Johnson in a timely manner, however, will result in a dismissal of Amy Johnson from this action pursuant to Federal Rule of Civil Procedure 4(m).[1]

Accordingly,

---

[1] Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

**IT IS HEREBY ORDERED** that plaintiff's motion for a thirty-day extension of time to provide service information for defendant Amy Johnson [ECF No. 31] is **GRANTED**.

**IT IS FURTHER ORDERED** that no later than October 25, 2024, plaintiff shall provide the Court with an address at which defendant Amy Johnson can be served.

**IT IS FURTHER ORDERED** that that plaintiff's failure to timely provide a new address at which to serve defendant Amy Johnson will result in a dismissal of the claims against Johnson, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

Dated this 17th day of September, 2024.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE