# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY L. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-CV-00201 SNLJ |
| ) | |
| JOSEPH T. HERNANDEZ, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon notification from the U.S. Marshal's Service that they have found an address for service for defendant Amy Johnson.

On October 10, 2024, the Court instructed the Marshal's Service to search all databases that might be available to their office to assist plaintiff in effectuating service on defendant Johnson. [ECF No. 38]. In accordance with the Court's Order, the Marshal's Service contacted the Court on October 15, 2024, indicating that their office was able to confirm an address for service on Ms. Johnson. As such, the Court will Order the Marshals Service to effectuate service of process, through pluries summons, on the address found for defendant Amy Johnson.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effectuate service of process via pluries summons by means of the United States Marshal's Service upon defendant Amy Johnson.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons **shall be filed under seal and ex parte**.

Dated this 16th day of October, 2024.

_____
STEPHEN N. LIMBAUGH, JR
SENIOR UNITED STATES DISTRICT JUDGE