UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY ANDERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-CV-00201 SNLJ |
| | ) |
| JOSEPH T. HERNANDEZ, et al., | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

Before the Court is plaintiff's motion for extension of time in this matter "while the United States Marshall [sic] Services tries to locate Mrs. Amy Johnson." [ECF No. 41].

On October 10, 2024, the Court issued an Order in this matter seeking assistance from the Marshal's Service with obtaining contact information for defendant Amy Johnson to effectuate service of process on Ms. Johnson. [ECF No. 38]. In accordance with the October 10, 2024 Memorandum and Order, the Marshal's Service contacted the Court on October 15, 2024, indicating that their office was able to confirm an address for service on Ms. Johnson. The Court issued pluries summons on October 16, 2024. [ECF No. 40]. As such, plaintiff's motion for extension of time will be denied as moot, as he is currently not expected to provide the Court with an address for service for defendant Amy Johnson. Rather, the Court is awaiting return of service from the pluries summons issued on October 16, 2024.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time [ECF No. 41] is **DENIED AS MOOT**.

Dated this 22d day of October, 2024.

_____
STEPHEN N. LIMBAUGH, JR
SENIOR UNITED STATES DISTRICT JUDGE