UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY L. ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-00201-SNLJ |
| ) | |
| JOSEPH T. HERNANDEZ, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on defendants' Motion for Leave to Extend Case Management Order Deadlines. [Doc. 73]. Discovery closed on May 5, 2025, and defendants filed a motion for summary judgment on that date. [Docs. 47, 57]. The Court denied the motion on the issue of exhaustion of administrative remedies and deferred ruling on the issue of qualified immunity. [Doc. 65]. An evidentiary hearing is scheduled for March 17, 2026 to address the issue of exhaustion. [Doc. 70]. Defendants propose an amendment to the case management order that would facilitate the following:

(1) waiver of the affirmative defense of failure to exhaust administrative remedies, enabling the Court to cancel the exhaustion hearing and rule on the motion for summary judgment on the issue of qualified immunity; and

(2) amendment of defendants' Answer to reassert the failure to exhaust defense and renew their summary judgment motion on that issue if the Court does not grant the motion for summary judgment on qualified immunity.

The Court finds no good cause for the requested amendment.

Accordingly,

**IT IS HEREBY ORDERED** that the defendants' Motion for Leave to Extend

Case Management Order Deadlines [Doc. 73] is **DENIED**.

**IT IS FURTHER ORDERED** that defendants may waive the affirmative defense of exhaustion of administrative remedies at any time.  However, once such waiver is exercised, they shall be precluded from reasserting that affirmative defense.

**SO ORDERED** this 26th day of February, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE